No. 787. CHISHOLM, ADMINISTRATRIX, *v.* READING COMPANY. January 13, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *John H. Hoffman* for petitioner. *Wm. Clarke Mason* for respondent.

No. 758. FRAZER *v.* COMMISSIONER OF INTERNAL REVENUE. January 13, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *I. Newton Brozan* and *Aaron Holman* for petitioner. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *Morton K. Rothschild* for respondent.

No. 786. RUBIN *v.* NEW YORK. January 13, 1947. Petition for writ of certiorari to the County Court of Orange County, New York, denied.

No. 788. FASANO *v.* NEW YORK. January 13, 1947. Petition for writ of certiorari to the County Court of Kings County, New York, denied.

No. 802. SMITH *v.* INDIANA. January 13, 1947. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 807. STRONG *v.* RAGEN, WARDEN. January 13, 1947. Petition for writ of certiorari to the Circuit Court of Kane County, Illinois, denied.